|United States District Court|
|For the Northern District of California|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIP-MENDER INC., 

        Plaintiff(s),

  vs.

THE SHERWIN-WILLIAMS COMPANY, AN OHIO CORPORATION,

        Defendant(s).
                                /

No. C 05-3465 MEJ

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

      This case has been assigned to Maria-Elena James. Upon review of the record in this action, the Court notes that the parties have not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

1   You have the right to have your case assigned to a United States District Judge for trial and
2   disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate
3   Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy
4   of both the consent and declination forms may be obtained from the Northern District of California's
5   website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left
6   margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than
7   October 25, 2005.

   **IT IS SO ORDERED.**

Dated: October 14, 2005

MARIA-ELENA JAMES
United States Magistrate Judge