UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIP-MENDER INC.,

    Plaintiff(s),

    v.

THE SHERWIN-WILLIAMS COMPANY,

    Defendant(s).
_____/

No. C 05-3465 PJH

**ORDER OF CLARIFICATION**

This matter was referred for early settlement conference as a compromise ADR option given the parties disagreement over whether ENE or mediation would be more appropriate. As stated at the hearing, a settlement conference with a magistrate judge has both evaluative and facilitative aspects, and the court is of the opinion that it is the most suitable option at this time. Magistrate Judge Laporte is requested to conduct the conference as she would any other case, and the parties are ORDERED to participate in good faith with her requirements.

**IT IS SO ORDERED.**

Dated: February 2, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge