UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIP-MENDER, INC.,

    Plaintiff,

    v.

THE SHERWIN-WILLIAMS COMPANY,

    Defendant.
_____/

No. C 05-3465 PJH

**ORDER RE STIPULATED PROTECTIVE ORDER**

    The court approves the stipulated protective order insofar as it guides the treatment of the documents by the parties and their counsel. However, ¶ 24 will not be construed to avoid application of the court's standing order regarding the treatment of confidential documents in motions or at trial.

**IT IS SO ORDERED.**

Dated: April 14, 2006

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge