| | |
|---|---|
| 1 | KENNETH B. WILSON, State Bar No. 130009 |
|   |   kwilson@perkinscoie.com |
| 2 | STEFANI E. SHANBERG, State Bar No. 206717 |
|   |   seads@perkinscoie.com |
| 3 | DIETER H. HELLMOLDT, State Bar No. 221498 |
|   |   dhellmoldt@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 5 | San Francisco, California 94111 |
|   | Phone:         (415) 344-7000 |
| 6 | Facsimile:     (415) 344-7050 |
| 7 | Attorneys for Defendant and Counterclaim-Defendant |
|   | CHIP-MENDER, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIP-MENDER, INC., a California corporation, | Case No. 05-CV-3465 (PJH) |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant and Counterclaim-Defendant Chip-Mender, Inc. hereby substitutes new counsel of record in this action. In place of current counsel, Esha Bandyopadhyay, at PERKINS COIE LLP, 101 Jefferson Drive, Menlo Park, CA 94025, and Sarah Piepmeier formerly of Perkins Coie LLP, Defendants substitute:

> Dieter H. Hellmoldt, California State Bar No. 221498
> PERKINS COIE LLP
> Four Embarcadero Center, Suite 2400
> San Francisco, CA  94111

---

NOTICE OF SUBSTITUTION OF ATTORNEY
Case No. C 05-3465 PJH

[/BY062000.058]

- 2 -

1  Telephone: (415) 344-7000
2  Facsimile: (415) 344-7050

3  Service lists should be adjusted and future filings, discovery, and correspondences directed accordingly to the address above.

4
5  DATED: July 19, 2006        **PERKINS COIE LLP**

6  By: _____/s/_____
   Dieter H. Hellmoldt

7/24/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
NOTICE OF SUBSTITUTION OF ATTORNEY
Case No. C 05-3465 PJH                              [/BY062000.058]