1  KENNETH B. WILSON, State Bar No. 130009
     kwilson@perkinscoie.com
2  STEFANI E. SHANBERG, State Bar No. 206717
     sshanberg@perkinscoie.com
3  DIETER H. HELLMOLDT, State Bar No. 221498
     dhellmoldt@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, California 94111-4131
   Telephone:    (415) 344-7000
6  Facsimile:    (415) 344-7050

7  Attorneys for Plaintiff Counterclaim-Defendant
   CHIP-MENDER, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 CHIP-MENDER, INC.,
   a California Corporation                    Case No. 05-CV-3465 (PJH)

14         Plaintiff,

15     v.                                      **[PROPOSED] ORDER RE ENTRY OF ELECTRONIC DEVICES AND PRODUCT SAMPLES INTO COURT PURSUANT TO GENERAL ORDER 58**

16 THE SHERWIN-WILLIAMS COMPANY,
   an Ohio Corporation

17         Defendant.

18

19 AND RELATED COUNTERCLAIMS

20

1  Plaintiff Chip-Mender, Inc. hereby submits the following [Proposed] Order Regarding
2  Entry of Electronic Devices and Product Samples into Court pursuant to General Order 58.

4  DATED: August 22, 2006

**PERKINS COIE LLP**

By _____/s/_____
Dieter H. Hellmoldt
Attorneys for Plaintiff and Counterclaim-
Defendant Chip-Mender, Inc.

**[P~~ROPOSED~~] ORDER**

IT IS HEREBY ORDERED that Plaintiff's counsel will be allowed to bring laptop computers, cables, a projector, and paint pen product samples into Courtroom 3, 17th Floor, on August 25, 2006 for the purposes of a tutorial presentation.

Dated: August __23__, 2006

_____
Honorable

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

[PROPOSED] ORDER RE ENTRY OF ELECTRONIC DEVICES
AND PRODUCT SAMPLES INTO COURT PURSUANT TO
GENERAL ORDER 58
CASE NO. 05-CV-3465 (PJH)

[56918-0001/BY062340.044]