1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP-MENDER, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation,<br><br>　　　　　　Defendant. | CASE NO. 05-CV-3465 (PJH)<br><br>**[~~PROPOSED~~] ORDER RE ENTRY OF ELECTRONIC DEVICES AND PRODUCT SAMPLES INTO COURT PURSUANT TO GENERAL ORDER 58** |
| THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>CHIP-MENDER, INC., a California corporation, and<br><br>　　　　　　Counterclaim-Defendants | |

SFI-554398v1

[Proposed] Order Re Entry of Devices and Product
Samples into Court Pursuant to General Order 58
05-CV-3465 (PJH)

1  Defendant Sherwin-Williams Company hereby submits the following [Proposed] Order
2  Regarding Entry of Electronic Devices and Product Samples into Court pursuant to General Order
3  58.

4  Dated:  September 7, 2006                                  JONES DAY

6                                                              By:  /s/
                                                                Peter N. Larson
7                                                               Attorneys for Defendant
                                                                Sherwin-Williams Company

9  IT IS HEREBY ORDERED THAT Defendant's counsel will be allowed to bring a laptop
10 computer, cables, projector, and laser pointers into Courtroom 3, 17th Floor, on September 13,
11 2006 for the purposes of the claim construction hearing.

13 Dated:  9/8/06  _____

   The Hon. _____
   United States District Court

   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*

                                    2    [Proposed] Order Re Entry of Devices and Product
                                         Samples into Court Pursuant to General Order 58
                                         05-CV-3465 (PJH)