KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
DIETER H. HELLMOLDT, State Bar No. 221498
   dhellmoldt@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone:    (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Plaintiff Counterclaim-Defendant
CHIP-MENDER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIP-MENDER, INC.,<br>a California Corporation<br><br>                    Plaintiff,<br><br>        v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br>an Ohio Corporation<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 05-CV-3465 (PJH)<br><br>**[PROPOSED] ORDER RE ENTRY OF ELECTRONIC DEVICES AND PRODUCT SAMPLES INTO COURT PURSUANT TO GENERAL ORDER 58** |

[PROPOSED] ORDER RE ENTRY OF ELECTRONIC DEVICES
AND PRODUCT SAMPLES INTO COURT PURSUANT TO
GENERAL ORDER 58
CASE NO. 05-CV-3465 (PJH)

1    Plaintiff Chip-Mender, Inc. hereby submits the following [Proposed] Order Regarding

2   Entry of Electronic Devices and Product Samples into Court pursuant to General Order 58.

3

4   DATED:  September 7, 2006

5                                                       **PERKINS COIE LLP**

6                                                       By _____/s/_____

7                                                       Dieter H. Hellmoldt
                                                        Attorneys for Plaintiff and Counterclaim-
8                                                       Defendant Chip-Mender, Inc.

9
                                    **[PROPOSED] ORDER**
10

11       IT IS HEREBY ORDERED that Plaintiff's counsel will be allowed to bring laptop

12   computers, cables, a projector and switch box, paint pen product samples, and a laser pointer

13   into Courtroom 3, 17th Floor, on September 13, 2006 for the purposes of the claim construction

14   hearing.

15   Dated:  September ___8___, 2006

16

17                                                 IT IS SO ORDERED

18                                                 Judge Phyllis J. Hamilton

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ENTRY OF ELECTRONIC DEVICES
AND PRODUCT SAMPLES INTO COURT PURSUANT TO
GENERAL ORDER 58
CASE NO. 05-CV-3465 (PJH)                                    [56918-0001/BY062340.044]