UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIP-MENDER INC.,

    Plaintiff,

v.

THE SHERWIN-WILLIAMS COMPANY,

    Defendant.
_____/

No. C 05-3465 PJH

**ORDER**

    PLEASE TAKE NOTICE that the court will conduct a further case management conference on Thursday, November 16, 2006, at 2:30 p.m.

    In accordance with the court's Standing Order for Patent Cases, the parties shall file a joint case management conference statement no later than 7 calendar days prior to the conference. The case management conference statement shall address the topics listed in the Standing Order.

**IT IS SO ORDERED.**

Dated: October 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge