| | |
|---|---|
| 1 | KENNETH B. WILSON, State Bar No. 130009 |
| |   kwilson@perkinscoie.com |
| 2 | STEFANI E. SHANBERG, State Bar No. 206717 |
| |   sshanberg@perkinscoie.com |
| 3 | DIETER H. HELLMOLDT, State Bar No. 221498 |
| |   dhellmoldt@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 5 | San Francisco, California 94111 |
| | Telephone:  (415) 344-7000 |
| 6 | Facsimile:  (415) 344-7050 |

Attorneys for Plaintiff and Counterclaim-Defendant
CHIP-MENDER, INC.

PETER N. LARSON, State Bar No. 153448
  pnlarson@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1602
Telephone:  (415) 626-3939
Facsimile:  (415) 579-0312

Regan J. Fay, (*admitted Pro Hac Vic*)
Anthony T. Jacono, (*admitted Pro Hac Vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Attorneys for Defendant and Counterclaim-Plaintiff
THE SHERWIN-WILLIAMS COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIP-MENDER, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 05-CV-3465 (PJH)<br><br>**STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NO. 6,283,663 AND ORDER THEREON** |

1  WHEREAS plaintiff Chip-Mender, Inc. ("Chip-Mender") wishes to dismiss with
2  prejudice its Second Cause of Action for infringement of U.S. Patent No. 6,283,663 ("the '663
3  Patent"); and

4  WHEREAS Chip-Mender hereby covenants that it will not sue Sherwin-Williams or its
5  customers (including customers of retailers and third-party resellers), its retailers, or its third-
6  party resellers for infringement of the '663 Patent, or any reissues or re-examinations thereof,
7  with respect to products that Sherwin-Williams has made, used, or sold as of the date of the
8  stipulation.

9  IT IS HEREBY STIPULATED by and between Chip-Mender and Sherwin-Williams, by
10 and through their respective counsel, as follows:

11 1. Pursuant to Federal Rule of Civil Procedure 41(a), Chip-Mender's Second Cause of
12 Action for infringement of the '663 Patent shall hereby be dismissed with prejudice.

13 2. Pursuant to Federal Rule of Civil Procedure 41(c), Sherwin-Williams' Second
14 Counterclaim for Declaratory Relief relating to the '663 Patent shall hereby be dismissed without
15 prejudice.

16 3. Pursuant to Federal Rule of Civil Procedure 41(c), Sherwin-Williams's Third and
17 Fourth Counterclaims for violation of the Sherman Antitrust Act shall hereby be dismissed
18 without prejudice, but only to the extent that the allegations of those counterclaims relate to the
19 '663 Patent.

20 4. Pursuant to Federal Rule of Civil Procedure 15(a), Chip-Mender shall hereby be
21 granted leave file an amended complaint in the form attached to this Stipulated Dismissal as
22 Exhibit 1.  Sherwin-Williams covenants and agrees that it will not assert a counterclaim for
23 declaratory relief relating to the '663 Patent or counterclaims for violation of the Sherman
24 Antitrust Act that contain allegations relating to the '663 Patent in its response to this pleading.

- 2 -

STIPULATED DISMISSAL OF CLAIMS AND
COUNTERCLAIMS RELATING TO U.S. PATENT
NO. 6,283,663 AND ORDER THEREON
CASE NO. 05-CV-3465 (PJH)                                                                12012445_1.DOC

| | |
|---|---|
| 1 | |
| 2 | Dated: November 7, 2006     **CHIP-MENDER, INC.** |
| 3 | |
| 4 | By:     /s/ |
| |     Kenneth B. Wilson |
| 5 | |
| 6 | Attorneys for Plaintiff and Counterclaim-Defendant CHIP-MENDER, INC. |
| 7 | |
| 8 | Dated: November 7, 2006     **THE SHERWIN-WILLIAMS COMPANY** |

Dated: November 7, 2006      **CHIP-MENDER, INC.**

By:      /s/
         Kenneth B. Wilson

Attorneys for Plaintiff and Counterclaim-Defendant
CHIP-MENDER, INC.

Dated: November 7, 2006      **THE SHERWIN-WILLIAMS COMPANY**

By:      /s/
         Regan J. Fay

Attorneys for Defendant and Counterclaim-Plaintiff
THE SHERWIN-WILLIAMS COMPANY

**IT IS SO ORDERED.**

Dated: Nov. 8, 2006, 2006

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

- 3 -

STIPULATED DISMISSAL OF CLAIMS AND
COUNTERCLAIMS RELATING TO U.S. PATENT
NO. 6,283,663 AND ORDER THEREON
CASE NO. 05-CV-3465 (PJH)                                              12012445_1.DOC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kenneth B. Wilson, attest that I obtained the concurrence of Regan J. Fay in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2006 at San Francisco California.

                                      /s/
                              Kenneth B. Wilson