1  STEFANI E. SHANBERG, State Bar No. 206717
     sshanberg@perkinscoie.com
2  DIETER H. HELLMOLDT, State Bar No. 221498
     dhellmoldt@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, California  94111-4131
   Telephone:     (415) 344-7000
5  Facsimile:     (415) 344-7050

6  Attorneys for Plaintiff and Counterclaim-Defendant
   CHIP-MENDER, INC.
7
   PETER N. LARSON, State Bar No. 153448
8    pnlarson@jonesday.com
   JONES DAY
9  555 California Street, 26th Floor
   San Francisco, California  94104-1602
10 Telephone:     (415) 626-3939
   Facsimile:     (415) 579-0312
11
   REGAN J. FAY, (*admitted Pro Hac Vic*)
12 ANTHONY T. JACONO, (*admitted Pro Hac Vice*)
   JONES DAY
13 North Point
   901 Lakeside Avenue
14 Cleveland, Ohio  44114-1190
   Telephone:     (216) 586-3939
15 Facsimile:     (216) 579-0212

16 Attorneys for Defendant and Counterclaim-Plaintiff
   THE SHERWIN-WILLIAMS COMPANY
17
18            **UNITED STATES DISTRICT COURT**

              **NORTHERN DISTRICT OF CALIFORNIA**
19
               **SAN FRANCISCO DIVISION**
20

21
   CHIP-MENDER, INC.,                          CASE NO.  05-CV-3465 (PJH)
22 a California corporation,
                                               **REVISED STIPULATION AND**
23              Plaintiff,                      **[PROPOSED] ORDER MODIFYING**
                                               **CASE MANAGEMENT AND PRETRIAL**
24        v.                                    **SCHEDULE**

25 THE SHERWIN-WILLIAMS COMPANY,
   an Ohio corporation,
26
                Defendant.
27

28 AND RELATED COUNTERCLAIMS

Pursuant to Civil L.R. 6-2, Plaintiff Chip-Mender, Inc. ("Plaintiff") and defendant The Sherwin-Williams Company ("Defendant"), by their undersigned counsel, hereby submit the following Stipulation and Proposed Order Modifying the Case Management and Pretrial Schedule.  In particular, the parties seek to modify the schedule relating to the disclosure of rebuttal experts, the close of expert discovery, the last day to hear dispositive motions, and the trial date.  By and through counsel, Plaintiff and Defendant stipulate as follows:

1.      This Court's Case Management and Pretrial Order, dated January 6, 2006, set the following schedule:

- Disclosure of rebuttal experts and service of rebuttal expert reports: February 26, 2007;

- Close of expert/willfulness discovery:  March 19, 2007;

- Last day to hear dispositive motions:  April 18, 2007.

2.      Lead counsel for Plaintiff, Kenneth B. Wilson, has taken an indefinite leave of absence for personal and medical reasons.  Stefani E. Shanberg has assumed the role of lead counsel, and Mr. Wilson's leave also necessitates the integration of new team members.  In light of the change in lead counsel and the need for new team members to integrate, Plaintiff has asked to modify certain Court-ordered deadlines.    Defendant has agreed to this modification. Accordingly, the parties have agreed to the following modified schedule:

- Disclosure of rebuttal experts and service of rebuttal expert reports: March 5, 2007;

- Close of expert/willfulness discovery:  April 13, 2007;

- Last day to hear dispositive motions:  May 30, 2007;

- Pretrial Conference:  August 30, 2007;

- Trial:  September 24, 2007.

3.      The original date for hearing dispositive motions is particularly problematic given that Ms. Shanberg has a preexisting commitment to be in Japan on that date.  Pursuant to the Court's Pretrial Instructions, extending the date for hearing dispositive motions necessitates moving the trial date in order to maintain 120-days between the modified date for hearing of dispositive motion and the trial date.  Accordingly, the parties have agreed that the trial date

- 2 -

1   should be moved from August 20, 2007 to September 24, 2007.  This allows for a 120-day period

2   between the modified date for hearing of dispositive motions and the trial date, as specified the

3   Court's Pretrial Instructions, to be maintained.  The pretrial conference date should be set for

4   August 30, 2007.

5          4.     The dates for Late Neutral Evaluation are not effected by these extensions of time.

6

7   DATED:        February 23, 2007          **CHIP-MENDER, INC.**

8

9                                    By:    _____/s/_____
                                                  Stefani E. Shanberg

10

11                                          Attorneys for Plaintiff and Counterclaim-Defendant
                                            CHIP-MENDER, INC.

12

13  DATED:        February 23, 2007          **THE SHERWIN-WILLIAMS COMPANY**

14

15                                   By:    _____/s/_____
                                                  Regan J. Fay

16

17                                          Attorneys for Defendant and Counterclaim-Plaintiff
                                            THE SHERWIN-WILLIAMS COMPANY

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22  DATED: ____February 26____, 2007

23                                          United States
                                            Phyllis J. H

24

25

26

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

- 3 -

1   ATTESTATION PURSUANT TO GENERAL ORDER 45

2
3        I, Stefani E. Shanberg, attest that I obtained the concurrence of Regan J. Fay in filing this
4   document.
5        I declare under the penalty of perjury of the laws of the United States that the foregoing is
6   true and correct.
7        Executed this 23nd day of February, 2007 in San Francisco, California.

8                                      _____/s/_____
                                              Stefani E. Shanberg
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -