Stefani E. Shanberg (SBN 206717)
sshanberg@perkinscoie.com
Dieter H. Hellmoldt (SBN 221498)
dhellmoldt@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff and Counterclaim-Defendant
CHIP-MENDER, INC.

Peter N. Larson (SBN 153448)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1602
Telephone: 415.626.3939
Facsimile: 415.875.5700
pnlarson@jonesday.com

Regan J. Fay (*Pro Hac Vice*)
Anthony T. Jacono (*Pro Hac Vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: 216.586.3939
Facsimile: 216.579.0212

Attorneys for Defendant and Counterclaim-Plaintiff
THE SHERWIN-WILLIAMS COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP-MENDER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation,<br><br>Defendant. | CASE NO. 05-CV-3465 (PJH)<br><br>[~~PROPOSED~~]<br>CONSENT ORDER |
| AND RELATED COUNTERCLAIMS | |

1   The parties have settled this case pursuant to and in accordance with the terms of the
2   Settlement Agreement between the parties.  The Court therefore dismisses Plaintiff's Complaint
3   and Defendant's Counterclaims with prejudice.
4   This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement
5   Agreement between the parties in the event of any dispute between the parties.

IT IS SO ORDERED.

_____          DATED: March 22, 2007
United States District Judge
Phyllis J. Hamilton

CHIP-MENDER, INC.

By: _____/s/_____          DATED:          March 21, 2007
         Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim-Defendant

Stefani E. Shanberg (SBN 206717)
sshanberg@perkinscoie.com
Dieter H. Hellmoldt (SBN 221498)
dhellmoldt@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

THE SHERWIN-WILLIAMS COMPANY

By: _____/s/_____          DATED:          March 21, 2007
         Peter N. Larson

Attorneys for Defendant and Counterclaim-Plaintiff          Regan J. Fay (*Pro Hac Vice*)
                                                             Anthony T. Jacono (*Pro Hac Vice*)
Peter N. Larson (SBN 153448)                                 JONES DAY
JONES DAY                                                    North Point
555 California Street, 26th Floor                            901 Lakeside Avenue
San Francisco, CA  94104-1602                                Cleveland, Ohio 44114-1190
Telephone: 415.626.3939                                      Telephone: 216.586.3939
Facsimile: 415.875.5700                                      Facsimile: 216.579.0212
pnlarson@jonesday.com                                        1499391

[PROPOSED] CONSENT ORDER
CASE NO. 05-CV-3465 (PJH)

56918-0001/LEGAL13106292.1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Stefani E. Shanberg, attest that I obtained the concurrence of Peter N. Larson in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of March, 2007 at San Francisco, California.

/s/
Stefani E. Shanberg